1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JARED SUNG YOON HERDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-165 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING CASE |
|  | ) |
| JARED SUNG YOON HERDT, | ) |
|  | ) Date:  May 9, 2011 |
| Defendant. | ) Time:  8:30 a.m. |
|  | ) Judge: William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant,JARED SUNG YOON HERDT, that the status conference now set for May 9, 2011 be vacated and the matter continued to June 27, 2011, to allow further time for defense investigation and preparation and global resolution of pending charges.

**IT IS FURTHER STIPULATED** that the time from May 9, 2011, through June 27, 2011, be excluded from computation of time within which the

1  trial of this matter must be commenced under the Speedy Trial Act, 18
2  U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &
3  (B)(iv) and  Local Code T-4
4  **IT IS SO STIPULATED.**

6  Dated:  May 5, 2011                /S/ Michelle Rodriguez
                                      MICHELLE RODRIGUEZ
7                                     Assistant United States Attorney
                                      Counsel for Plaintiff

10 Dated:  May 5, 2011                /S/ Jeffrey L. Staniels
                                      Jeffrey L. Staniels
11                                    Assistant Federal Defender
                                      Counsel for Defendant
12                                    JARED SUNG YOON HERDT

15                              **O R D E R**
16 **IT IS SO ORDERED.**
17            By the Court,

19 Dated:  May 5, 2011

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-