```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JARED SUNG YOON HERDT
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-165 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER<br>) CONTINUING CASE |
| JARED SUNG YOON HERDT, | ) |
| Defendant. | ) Date:  June 27, 2011<br>) Time:  8:30 a.m.<br>) Judge: William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JARED SUNG YOON HERDT, that the status conference now set for June 27, 2011, be vacated and the matter continued to July 11, 2011, to allow further time for defense preparation and consultation concerning terms of a global resolution of charges in multiple districts.

**IT IS FURTHER STIPULATED** that the time from June 27, 2011, through July 11, 2011, be excluded from computation of time within which the

1 trial of this matter must be commenced under the Speedy Trial Act, 18
2 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &
3 (B)(iv) and  Local Code T-4
4     **IT IS SO STIPULATED.**

6 Dated:   June 23, 2011          /S/ Michelle Rodriquez
          MICHELLE RODRIGUEZ
7           Assistant United States Attorney
          Counsel for Plaintiff

10 Dated:   June 23, 2011          /S/ Jeffrey L. Staniels
          Jeffrey L. Staniels
11           Assistant Federal Defender
          Counsel for Defendant
12           JARED SUNG YOON HERDT

15           **O R D E R**
16     **IT IS SO ORDERED.**
17         By the Court,

19 Dated:   June 23, 2011

              _/s/ William B. Shubb_
21           WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-