```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    JARED SUNG YOON HERDT
7

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,        ) No. 2:11-CR-165 WBS
                                     )
14            Plaintiff,             )
                                     ) STIPULATION AND [PROPOSED] ORDER
15      v.                           ) CONTINUING CASE
                                     )
16  JARED SUNG YOON HERDT,           )
                                     ) Date:  August 22, 2011
17            Defendant.             ) Time:  8:30 a.m.
                                     ) Judge: William B. Shubb
18  _____  )

19
         IT IS HEREBY STIPULATED by and between Assistant United States
20
    Attorney Michelle Rodriguez, counsel for Plaintiff, and Supervising
21
    Assistant Federal Defender Dennis S. Waks, new counsel for defendant,
22
    JARED SUNG YOON HERDT, that the status conference now set for July 11,
23
    2011, be vacated and the matter continued to August 22, 2011, to allow
24
    further time for defense preparation and consultation concerning terms
25
    of a global resolution of charges in multiple districts.
26
         IT IS FURTHER STIPULATED that the time from July 11, 2011, through
27
    August 22, 2011, be excluded from computation of time within which the
28
```

trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Dated: June 23, 2011        DANIEL J. BRODERICK
                            Federal Defender


                            /s/ Dennis S. Waks
                            Dennis S. Waks
                            Supervising Assistant Federal Defender
                            Counsel for Defendant
                            JARED SUNG YOON HERDT


Dated: July 7, 2011         BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Dennis S. Waks for
                            MICHELLE RODRIGUEZ
                            Assistant United States Attorney
                            Counsel for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: July 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-